UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SUNIL GURUNG,

      Petitioner,

         v.

TODD BLANCHE, et al.,

      Respondents.

CAUSE NO. 3:26-CV-704-CCB-SJF

## **ORDER**

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on June 11, 2026. ECF 12. The court entered the order granting habeas relief on June 11, 2026. ECF 10.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 10) and to close this case.

SO ORDERED on June 18, 2026.

               /s/ *Cristal C. Brisco*
               CRISTAL C. BRISCO, JUDGE
               UNITED STATES DISTRICT COURT